**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>CELSIUS NETWORK LLC, *et al*.<br><br>         Debtors[1]. | Chapter 11<br>Case No. 22-10964 (MG)<br>(Jointly Administered) |
| MOHSIN Y. MEGHJI, LITIGATION ADMINSTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS,<br><br>         Plaintiff,<br><br>v.<br><br>DAI YU,<br><br>         Defendant. | Adv. Pr.  No. 24-02086<br>Hon. Lisa S. Gretchko |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case on behalf of Defendant Dai Yu.

I certify that I am admitted to practice in this Court.

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

PHIL1 7314923v.1

Dated: October 1, 2024

KLEHR HARRISON HARVEY
BRANZBURG LLP

/s/ *Matthew J. McDonald*
Matthew J. McDonald
3 Columbus Circle, Suite 1537
New York, New York 10019
T: (215) 569-4287
mmcdonald@klehr.com

PHIL1 7314923v.1