**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>CELSIUS NETWORK LLC, *et al.*<br><br>　　　　　　　Debtors[1]. | Chapter 11<br>Case No. 22-10964 (MG)<br>(Jointly Administered) |
| MOHSIN Y. MEGHJI, LITIGATION ADMINSTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DAI YU,<br><br>　　　　　　　Defendant. | Adv. Pr.  No. 24-02086<br>Hon. Lisa S. Gretchko |

**DEFENDANT DAI YU'S**
**ANSWER AND AFFIRMATIVE DEFENSES**

Defendant, Dai Yu ("Defendant"), by and through his undersigned counsel, hereby submits this Answer and Affirmative Defenses (the "Answer") to the Complaint (the "Complaint") filed by Mohsin Y. Meghji ("Plaintiff"), as Litigation Administrator for the Post-Effective Debtors ("Debtor") and respectfully states as follows:

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

11110684.v2

## PRELIMINARY STATEMENT[2]

1.      Defendant lacks sufficient knowledge as to the truth of the matters set forth in this paragraph of the Complaint and, therefore, generally and specifically denies the allegations therein.

2.      Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth in this paragraph and, therefore, generally and specifically denies the allegations therein.

3.      This paragraph contains legal conclusions to which no response is required. To the extent that the paragraph also contains factual allegations, Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth and, therefore, generally and specifically denies the allegations therein.

4.      Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth in this paragraph and, therefore, generally and specifically denies the allegations therein, except to admit only that the Complaint is a written document that speaks for itself.

## NATURE OF THE ACTION

5.      This paragraph contains legal conclusions to which no response is required. Denied, to the extent a response is required.

6.      This paragraph contains legal conclusions to which no response is required. Denied, to the extent a response is required.

7.      Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth in this paragraph and, therefore, generally and specifically denies the allegations

---

[2]      Headers are taken from the Complaint for ease of review of the Answer. To the extent the headers constitute factual allegations, they are denied in their entirety. All allegations contained within footnotes are denied, unless otherwise stated, except that, with respect to citations to written documents, it is admitted only that written documents speak for themselves.

2

11110684.v2

therein.  This paragraph further contains legal conclusions to which no response is required. Denied, to the extent a response is required.

8.      This paragraph contains legal conclusions to which no response is required. To the extent it also contains factual allegations, Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth in this paragraph and, therefore, generally and specifically denies the allegations therein.

9.      This paragraph contains legal conclusions to which no response is required. Denied, to the extent a response is required.

## THE PARTIES

10.     This paragraph contains legal conclusions to which no response is required. Denied, to the extent a response is required.

11.     Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth in this paragraph and, therefore, generally and specifically denies the allegations therein, except to admit only that Defendant, at certain points in time, was a Celsius customer.

12.     Admitted that Defendant resides within the United States and that Defendant's address is known to Plaintiff.

## JURISDICTION AND VENUE

13.     This paragraph contains legal conclusions to which no response is required. Denied, to the extent a response is required.

14.     This paragraph contains legal conclusions to which no response is required. Denied, to the extent a response is required.

15.     This paragraph contains legal conclusions to which no response is required. Denied, to the extent a response is required.

3

11110684.v2

16.     This paragraph contains legal conclusions to which no response is required. Denied, to the extent a response is required. To the extent that the paragraph also contains factual allegations, Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth and, therefore, generally and specifically denies the allegations therein.

17.     This paragraph contains legal conclusions to which no response is required. Denied, to the extent a response is required.

18.     This paragraph contains legal conclusions to which no response is required. Denied, to the extent a response is required.

## FACTUAL BACKGROUND

### A. The Celsius Business Model and Its Programs

19.     Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth in this paragraph and, therefore, generally and specifically denies the allegations therein.

20.     This paragraph contains legal conclusions to which no response is required. To the extent that the paragraph also contains factual allegations, Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth and, therefore, generally and specifically denies the allegations therein, except to admit only that Earn was a program offered to Defendant.

21.     This paragraph contains legal conclusions to which no response is required. To the extent that the paragraph also contains factual allegations, the allegations are denied except to admit that the applicable terms of service is a written document that speaks for itself.

22.     This paragraph contains legal conclusions to which no response is required. To the extent that the paragraph also contains factual allegations, Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth and, therefore, generally and specifically

4

denies the allegations therein. Admitted only that the applicable Terms of Use is a written document that speaks for itself.

23. This paragraph contains legal conclusions to which no response is required. To the extent that the paragraph also contains factual allegations, Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth and, therefore, generally and specifically denies the allegations therein. Admitted only that the applicable Terms of Use is a written document that speaks for itself.

24. This paragraph contains legal conclusions to which no response is required. To the extent that the paragraph also contains factual allegations, Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth and, therefore, generally and specifically denies the allegations therein.

**B.  Celsius Faces Heavy Losses and Public Regulatory Scrutiny, Leading to the Pause**

25. This paragraph contains legal conclusions to which no response is required. To the extent that the paragraph also contains factual allegations, Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth and, therefore, generally and specifically denies the allegations therein.

26. This paragraph contains legal conclusions to which no response is required. To the extent that the paragraph also contains factual allegations, Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth and, therefore, generally and specifically denies the allegations therein.

27. This paragraph contains legal conclusions to which no response is required. To the extent that the paragraph also contains factual allegations, Defendant lacks sufficient information

to draw a conclusion as to the truth of the matters set forth and, therefore, generally and specifically denies the allegations therein.

28.     This paragraph contains legal conclusions to which no response is required. To the extent that the paragraph also contains factual allegations, Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth and, therefore, generally and specifically denies the allegations therein.

29.     Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth in this paragraph and, therefore, generally and specifically denies the allegations therein.

30.     Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth in this paragraph and, therefore, generally and specifically denies the allegations therein.

31.     Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth in this paragraph and, therefore, generally and specifically denies the allegations therein.

32.     Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth in this paragraph and, therefore, generally and specifically denies the allegations therein.

### C.  The Chapter 11 Cases

33.     This paragraph contains legal conclusions to which no response is required. To the extent that the paragraph also contains factual allegations, Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth and, therefore, generally and specifically

11110684.v2

denies the allegations therein, except to admit only that the bankruptcy filings are public records that speak for themselves.

34.     This paragraph contains legal conclusions to which no response is required. To the extent that the paragraph also contains factual allegations, Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth and, therefore, generally and specifically denies the allegations therein, except to admit only that the bankruptcy filings are public records that speak for themselves.

35.     This paragraph contains legal conclusions to which no response is required. To the extent that the paragraph also contains factual allegations, Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth and, therefore, generally and specifically denies the allegations therein, except to admit only that the bankruptcy filings are public records that speak for themselves.

36.     This paragraph contains legal conclusions to which no response is required. To the extent that the paragraph also contains factual allegations, Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth and, therefore, generally and specifically denies the allegations therein, except to admit only that the bankruptcy filings are public records that speak for themselves.

37.     This paragraph contains legal conclusions to which no response is required. To the extent that the paragraph also contains factual allegations, Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth and, therefore, generally and specifically denies the allegations therein, except to admit only that the bankruptcy filings are public records that speak for themselves.

11110684.v2

38.     This paragraph contains legal conclusions to which no response is required. To the extent that the paragraph also contains factual allegations, Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth and, therefore, generally and specifically denies the allegations therein, except to admit only that the bankruptcy filings are public records that speak for themselves.

39.     This paragraph contains legal conclusions to which no response is required. To the extent that the paragraph also contains factual allegations, Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth and, therefore, generally and specifically denies the allegations therein, except to admit only that the bankruptcy filings are public records that speak for themselves.

40.     This paragraph contains legal conclusions to which no response is required. To the extent that the paragraph also contains factual allegations, Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth and, therefore, generally and specifically denies the allegations therein.

**D.  The Avoidable Transfers**

41.     This paragraph contains legal conclusions to which no response is required. To the extent that the paragraph also contains factual allegations, Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth and, therefore, generally and specifically denies the allegations therein.

42.     This paragraph contains legal conclusions to which no response is required. To the extent that the paragraph also contains factual allegations, Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth, including those within the bulleted list and within Exhibit A, and, therefore, generally and specifically denies the allegations therein.

8

11110684.v2

**E.  The Litigation Administrator's Demand and Due Diligence**

43.     Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth in this paragraph and, therefore, generally and specifically denies the allegations therein, except to admit only that Plaintiff sent demand letters which speak for themselves.

44.     This paragraph contains legal conclusions to which no response is required. Defendant lacks sufficient information to draw a conclusion as to the truth of the factual matters set forth in this paragraph and, therefore, generally and specifically denies the allegations therein

45.     This paragraph contains legal conclusions to which no response is required. Defendant lacks sufficient information to draw a conclusion as to the truth of the factual matters set forth in this paragraph and, therefore, generally and specifically denies the allegations therein

46.     This paragraph contains legal conclusions to which no response is required. Defendant lacks sufficient information to draw a conclusion as to the truth of the factual matters set forth in this paragraph and, therefore, generally and specifically denies the allegations therein

47.     Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth in this paragraph and, therefore, generally and specifically denies the allegations therein, except to admit only that the Complaint speaks for itself.

## CAUSES OF ACTION

## COUNT ONE

**(Avoidance of Avoidable Transfer – 11 U.S.C. § 547(b) – Defendant)**

48.     Defendant repeats, reiterates and realleges each of the foregoing allegations of this Complaint as if fully set forth herein.

11110684.v2

49. This paragraph contains legal conclusions to which no response is required. Denied, to the extent a response is required. Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth in Exhibit A.

50. This paragraph contains legal conclusions to which no response is required. Denied, to the extent a response is required.

51. This paragraph contains legal conclusions to which no response is required. Denied, to the extent a response is required.

52. This paragraph contains legal conclusions to which no response is required. Denied, to the extent a response is required.

53. This paragraph contains legal conclusions to which no response is required. Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth in this paragraph.

54. This paragraph contains legal conclusions to which no response is required. Denied, to the extent a response is required. Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth in this paragraph.

55. This paragraph contains legal conclusions to which no response is required. Denied, to the extent a response is required, except to admit only that the Plan is a written document that speaks for itself.

56. This paragraph contains legal conclusions to which no response is required. Denied, to the extent a response is required.

## <u>COUNT TWO</u>

**(Recovery of Avoidable Transfer – 11 U.S.C. § 550 – Defendant)**

11110684.v2

57.     Defendant repeats, reiterates and realleges each of the foregoing allegations of this Complaint as if fully set forth herein.

58.     This paragraph contains legal conclusions to which no response is required. Denied, to the extent a response is required.

59.     This paragraph contains legal conclusions to which no response is required. Defendant lacks sufficient information to draw a conclusion as to the truth of the matters set forth in this paragraph.

60.     This paragraph contains legal conclusions to which no response is required. Denied, to the extent a response is required, except to admit only that Defendant has not made any payments to Plaintiff since the alleged transfers set forth on Exhibit A to the Complaint.

61.     This paragraph contains legal conclusions to which no response is required. Denied, to the extent a response is required.

## COUNT THREE

### (Disallowance of Defendant's Claims– 11 U.S.C. § 505(d) – Defendant)

62.     Defendant repeats, reiterates and realleges each of the foregoing allegations of this Complaint as if fully set forth herein.

63.     This paragraph contains legal conclusions to which no response is required. Denied, to the extent a response is required.

64.     This paragraph contains legal conclusions to which no response is required. Denied, to the extent a response is required, except to admit only that Defendant has not made any payments to Plaintiff since the alleged transfers set forth on Exhibit A to the Complaint.

65.     This paragraph contains legal conclusions to which no response is required. Denied, to the extent a response is required.

11

11110684.v2

## PRAYER FOR RELIEF

The unnumbered/lettered paragraphs following paragraph 65 contains a prayer for relief for which no responsive pleading is required.  To the extent an answer is required, the allegations of this paragraph/subparagraphs are denied.

## AFFIRMATIVE DEFENSES

Defendant sets forth below its affirmative defenses. Each defense is asserted as to all claims against Defendant. By setting forth these affirmative defenses, Defendant does not assume the burden of proving any fact, issue, or element of a cause of action where such burden properly belongs to Plaintiff. Moreover, nothing stated herein is intended or shall be construed as an admission that any particular issue or subject matter is relevant to Plaintiff's allegations.  As separate and distinct affirmative defenses, Defendant alleges as follows:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint, and each count thereof, fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part under the applicable statute of limitations.

### THIRD AFFIRMATIVE DEFENSE

To the extent that the alleged Avoidable Transfers were otherwise avoidable under 11 U.S.C. § 547(b), after such transfers, Defendant or a creditor to or for whose benefit such transfers were made, gave new value to or for the benefit of the Plaintiff (A) not secured by an otherwise unavoidable security interest; and (B) on account of which new value the Plaintiff did not make an otherwise avoidable transfer to or for the benefit of Defendant or such creditor(s).

12

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the ordinary course of business defense set forth at 11 U.S.C. § 547(c)(2).

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the subsequent new value defense set forth in 11 U.S.C. § 547(c)(4) as applicable to both pre-petition and post-petition subsequent new value.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the contemporaneous exchange for new value defense set forth in 11 U.S.C. § 547(c)(1).

## SEVENTH AFFIRMATIVE DEFENSE

The Transfers identified in Plaintiff's Complaint were not preferential as required by 11 U.S.C. § 547(b).

## EIGHTH AFFIRMATIVE DEFENSE

Defendant asserts that, to the extent that the alleged Transfers were preferential within the context of 11 U.S.C. § 547(b), such alleged Transfers are entitled to be offset pursuant to 11 U.S.C. § 553, and applicable state laws, and/or pursuant to the doctrine of defensive recoupment under applicable federal and state law.

## NINTH AFFIRMATIVE DEFENSE

At all times relevant hereto, the Plaintiff was solvent.

## TENTH AFFIRMATIVE DEFENSE

The Plaintiff was not made insolvent as a result of any transaction described herein.

## ELEVENTH AFFIRMATIVE DEFENSE

11110684.v2

Any Transfer made by the Plaintiff to Defendant was made in exchange for reasonably equivalent consideration and/or supported by valuable consideration.

### TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part by the set off of post-petition new value provided by Defendant to the Plaintiff regardless of whether the new value remains unpaid.

### THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver, laches, unclean hands, *in pari delicto*, and/or estoppel.

### FOURTEENTH AFFIRMATIVE DEFENSE

Defendant hereby adopts and incorporates by reference any other affirmative defenses asserted by other defendants in any other adversary proceeding brought by Plaintiff to the extent said defenses are applicable to the Defendant.

### FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, as the amounts Defendant received from the Plaintiff were for value and in good faith pursuant to 11 U.S.C. § 548(c).

### SIXTEENTH AFFIRMATIVE DEFENSE

The alleged Avoidable Transfers were not transfers but rather a return of Defendant's property from Plaintff's custody.

### SEVENTEENTH AFFIRMATIVE DEFENSE

Defendant reserves the right to add or amend any affirmative defense to the Complaint (or as otherwise amended or modified), including, but not limited to, adding or amending any affirmative defenses that it may uncover during discovery in this matter.

14

11110684.v2

### EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the failure of Plaintiff to conduct reasonable due diligence taking into account Defendant's known or reasonably knowable affirmative defenses.

### NINETEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the safe harbor defense for securities transactions set forth in 11 U.S.C. § 546(e).

### TWENTIETH AFFIRMATIVE DEFENSE

Plaintiff's claims seek damages beyond the scope of those available, including beyond the scope provided by 11 U.S.C. § 550(a).

11110684.v2

WHEREFORE, having fully answered, Defendant requests that judgment be entered in favor of Defendant and against Plaintiff denying all relief sought by Plaintiff, that Defendant be awarded its costs incurred herein and for such further relief as this Court deems just and proper.

Respectfully submitted,

*/s/ Matthew J. McDonald*

Matthew J. McDonald
Michael W. Yurkewicz (*pro hac vice* application to be submitted)

**KLEHR HARRISON HARVEY BRANZBURG LLP**
3 Columbus Circle, Suite 1537
New York, New York 10019

919 North Market Street, Suite 1000
Wilmington, Delaware 19801

Telephone:    (215) 569-4287
                    (302) 426-1189

Facsimile:    (215) 568-6603
                    (302) 426-9193

Email:  mmcdonald@klehr.com
            myurkewicz@klehr.com

*Attorneys for Defendant Dai Yu*

16

11110684.v2